Richard P. Ferrin, Drinker Biddle & Reath LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Douglas J. Heffner.

Carrie A. Dunsmore, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.

David C. Smith, Jr., Kelley Drye & Warren, LLP of Washington, DC, argued for defendant-appellee American Italian Pasta Company, et al. With him on the brief was Paul C. Rosenthal.

NEWMAN, MAYER, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## In re DEVICOR MEDICAL PRODUCTS, INC.

### No. 2011–1413.

United States Court of Appeals, Federal Circuit.

March 14, 2012.

Mark P. Levy, Thompson Hine LLP, of Dayton, Ohio argued for appellant.

Sydney O. Johnson, Jr., Associate Solicitor, United States Patent & Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Scott C. Weidenfeller, Associate Solicitor.

NEWMAN, LOURIE, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## In re DEVICOR MEDICAL PRODUCTS, INC.

### No. 2011–1414.

United States Court of Appeals, Federal Circuit.

March 14, 2012.

Mark P. Levy, Thompson Hine LLP, of Dayton, OH, argued for appellant.

Sydney O. Johnson, Jr., Associate Solicitor, United States Patent & Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor and Scott C. Weidenfeller, Associate Solicitor.

NEWMAN, LOURIE, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**CERNER CORPORATION,**
**Plaintiff–Appellant,**

v.

**VISICU, INC., Defendant–**
**Cross Appellant.**

**Nos. 2011–1209, 2011–1210.**

United States Court of Appeals, Federal Circuit.

March 15, 2012.

Bart A. Starr, Shook, Hardy & Bacon, L.L.P., of Kansas City, MO, argued for plaintiff-appellant. With him on the brief were B. Trent Webb, Jonathan N. Zerger and Ryan D. Dykal.

William K. West, Jr., Pillsbury Winthrop Shaw Pittman LLP, of Washington, DC, argued for defendant-cross appellant. Of counsel on the brief were Alan M. Grimaldi, Brian A. Rosenthal and Robert E. McBride, Mayer Brown, LLP, of Washington, DC.

LINN, DYK, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**J.P. DONOVAN CONSTRUCTION,**
**INC., Appellant,**

v.

**Raymond E. MABUS, Secretary**
**of The Navy, Appellee.**

**No. 2011–1162.**

United States Court of Appeals, Federal Circuit.

March 27, 2012.